UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD HOWARD,

       Plaintiff,

  -against-

NEW YORK CITY, et al.,

       Defendants.

1:23-CV-7013 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated September 8, 2023, the Court directed Plaintiff, within 30 days, to resubmit the signature pages of his *in forma pauperis* ("IFP") application and prisoner authorization with original signatures. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not submitted signed signature pages of his IFP application and prisoner authorization. Accordingly, this action is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

  The Court directs the Clerk of Court to enter a judgment dismissing this action.

SO ORDERED.

Dated: November 14, 2023
    New York, New York

            /s/ Laura Taylor Swain
            LAURA TAYLOR SWAIN
            Chief United States District Judge