UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RONALD HOWARD,

                Plaintiff,

    -against-

NEW YORK CITY, et al.,

                Defendants.

1:23-CV-7013 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 14, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  November 14, 2023
         New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge